IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No. 5:23-cv-451-BO-RJ

JULIANA R. LAMBERTUS,

    Plaintiff,

v.

NUVO SOLUTIONS, INC.,

    Defendant.

## NOTICE OF APPEARANCE

**COMES NOW**, Nicholas Hartigan and the Law Firm of Edwards Beightol, LLC, P.O. Box 6759, Raleigh, North Carolina 27628, and hereby makes an appearance for and on behalf of Plaintiff Juliana R. Lambertus. It is respectfully requested that all future pleadings, notices, motions, briefs, discovery and other documents be served upon the undersigned as counsel for Plaintiff.

*Signature appears on the following page*

This the 13th day of October, 2025.

                                      **EDWARDS BEIGHTOL, LLC**

                                      <u>/s/ Nicholas Hartigan</u>
                                      Nicholas Hartigan
                                      Edwards Beightol, LLC
                                      P.O. Box 6759
                                      Raleigh, NC 27628
                                      (919) 636-5100
                                      Fax (919) 495-6868
                                      njh@eblaw.com
                                      N.C. State Bar No. 60492
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2025, I electronically filed on behalf of the Plaintiffs the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and/or their attorneys who have appeared in this action.

This the 13th day of October, 2025.

                              /s/ Nicholas Hartigan
                              Nicholas Hartigan
                              Edwards Beightol, LLC
                              P.O. Box 6759
                              Raleigh, NC 27628
                              (919) 636-5100
                              Fax (919) 495-6868
                              njh@eblaw.com
                              N.C. State Bar No. 60492
                              *Attorney for Plaintiffs*