IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00451-BO

| | |
|---|---|
| JULIANA LAMBERTUS,<br><br>        Plaintiff,<br>v.<br><br>NUVO SOLUTIONS, INC..<br><br>        Defendant. | **UNOPPOSED MOTION<br>TO CONTINUE TRIAL** |

Defendant Nuvo Solutions, Inc. ("Nuvo") respectfully moves the Court to continue the trial tentatively scheduled for the Court's December 2025 session and to conduct such trial in the Court's Raleigh location. The instant motion is not opposed by Plaintiff. In support of this unopposed motion, Nuvo shows the Court the following:

1. Plaintiff filed this action on August 15, 2023.

2. After litigating an early motion to dismiss, the parties diligently conducted discovery. At the close of discovery, Defendant Nuvo timely filed a motion for summary judgment on December 1, 2024, seeking dismissal of all claims in this action.

3. This Court entered its order on the summary judgment motion on September 29, 2025. At the same time, this Court entered an order forecasting a trial in Elizabeth City, North Carolina in the Court's December 2025 session.

4. During the nine months that the summary judgment motion was pending, counsel for Defendants have developed additional scheduling conflicts during the month of December, including a trial in state superior court beginning on December 1, 2025 and multiple depositions.

5. Considering the scheduled trial and other scheduled case events during December, and the holidays at the end of the December, there is little other available time to conduct the trial in the instant case in December 2025.

6. Additionally, because the Court only recently entered the summary judgment order and defined the precise issues remaining for trial, there is little time to prepare all documents and information for pretrial disclosures and ultimately for trial.

7. Therefore, Defendant Nuvo is seeking to continue the trial until a time in the new year, sometime after January 1, 2026, that is convenient for the Court and the parties.[1]

8. At the Court's direction, the parties can proceed with the existing pretrial procedures and pretrial conference already scheduled, or alternatively, could identify a revised pretrial schedule and a new date for a pretrial conference based on the continued trial date.

9. Additionally, to the extent possible, Nuvo respectfully requests that the trial be conducted in the Raleigh location if the Court intends to be in session in Raleigh in early 2026. All parties are located in or around Raleigh, and all witnesses (to Nuvo's knowledge) are located in or around Raleigh. Conducting the trial in Raleigh will be more convenient and cost-efficient for parties and witnesses.

10. Nuvo's counsel has conferred with counsel for Plaintiff, who does not oppose the requests in the instant motion.

THEREFORE, Nuvo respectfully requests that the trial date, which is currently scheduled for some unknown date in December, be continued to after January 1, 2026 and, if possible, that

---

[1] Undersigned counsel will be on secure leave and out of the country from July 13 through July 21, 2026, to the extent that the Court grants a continuance and must look at dates later in the year. Undersigned counsel would respectfully request that any rescheduled trial not occur during this period.

the trial be conducted in Raleigh. Nuvo further requests the Court's guidance on the pretrial scheduling, to the extent that the continuance is granted.

This the 17th day of October, 2025.

FOX ROTHSCHILD LLP

*/s/ George J. Oliver*
George J. Oliver
NC State Bar No. 5774
jerryoliver@foxrothschild.com
Jeffrey R. Whitley
NC State Bar No. 46497
jwhitley@foxrothschild.com

301 Hillsborough Street, Ste. 1120
Raleigh, North Carolina 27603
Telephone: (919) 755-8700
Facsimile: (919) 755-8800

*Attorneys for Defendant Nuvo Solutions*