IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-451-BO-RJ

| | |
|---|---|
| JULIANA R. LAMBERTUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NUVO SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on defendant's unopposed motion to continue the trial from the December 2025 term. For good cause shown, the motion [DE 41] is GRANTED. The jury trial in this action will now commence on Monday, January 5, 2026, at 10:00 a.m. at the United States Courthouse at Elizabeth City, North Carolina.

SO ORDERED, this 30 day of October 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE