UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JULIANA LAMBERTUS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-00451-BO |
| NUVO SOLUTIONS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTIONS *IN LIMINE*

NOW COMES Plaintiff Juliana Lambertus and, pursuant to Local Rule 39.1(a)(2), respectfully moves this Court for an order *in limine* directing exclusion of the following evidence:

1. ***Documentation of or Questions Related to Prior Employment Claims Asserted by Plaintiff*** – Plaintiff respectfully requests the exclusion of any evidence or testimony related to Plaintiff's prior employment claims, and settlement thereof, pursuant to Fed. R. Evid. 401, 402 and 403.

2. ***Plaintiff's Criminal Convictions*** – Plaintiff respectfully requests exclusion of any reference to her misdemeanor convictions pursuant to Fed. R. Evid. 403 and 609.

3. ***Agency Determinations by Equal Employment Opportunity Commission ("EEOC") or North Carolina Department of Labor ("NCDOL")*** – Plaintiff respectfully requests the exclusion of any evidence or testimony about determinations by the EEOC or

NCDOL related to Plaintiff's employment and separation from Nuvo pursuant to Fed. R. Evid. 401, 402, and 403.

4. ***Employment or Promotion of Women After June 3, 2022*** – Plaintiff respectfully requests the exclusion of any reference to Defendant Nuvo's employment or promotion of women after Plaintiff's termination pursuant to Fed. R. Evid. 401.

5. ***Text Communications Sent by Third Parties*** – Plaintiff respectfully requests the exclusion of any text communications by third parties that constitute hearsay statements without an applicable exception.

6. ***Reddit Comment*** – Plaintiff respectfully requests the exclusion of a screenshot of an undated message written by Plaintiff on the social media discussion platform Reddit pursuant to Fed. R. Evid. 401, 402, and 403.

In making these Motions *in Limine*, Plaintiff reiterates and does not in any way limit or withdraw objections lodged to the witnesses and exhibits listed in Defendant's pretrial disclosures.

WHEREFORE, for the reasons set forth herein and more fully detailed in her Memorandum in Support of Plaintiff's Motions *in Limine*, Plaintiff respectfully requests that the Court grant the above Motions *in Limine* and all further relief as is just and proper.

(*signatures appear on the following page*)

This the 29th day of December, 2025.                **EDWARDS BEIGHTOL, LLC**

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina State Bar No. 52705
cee@eblaw.com
Nicholas J. Hartigan
North Carolina State Bar No. 60492
njh@eblaw.com
P.O. Box 6759
Raleigh, NC 27628
Phone: (919) 636-5100

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

       I hereby certify that on December 29, 2025, I served the foregoing **PLAINTIFF'S MOTIONS *IN LIMINE*** on counsel for all parties in this case by filing it with the Court's ECF system.

This the 29th day of December, 2025.
/s/ Nicholas Hartigan
Nicholas Hartigan
North Carolina Bar No. 60492
njh@eblaw.com
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868

*Attorney for Plaintiff*